FILED WITH
COURT SECURITY OFFICER
6/17/09
DATE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMED AL-ADAHI, et al.,    :
                             :
                             :
     Petitioners,            :
                             :
     v.                      :     Civil Action No.  05-280 (GK)
                             :
BARACK H. OBAMA, et al.,      :
                             :
     Respondents.            :
                             :

## ORDER

This matter is before the Court on Petitioners' Joint Motion to Introduce Hearsay Evidence [Dkt. No. 365].  Petitioners have moved to admit various categories of hearsay evidence in the hearing scheduled for June 22, 2009.  The Government has no objection to admission of these documents provided that the Court follows the procedure used in Ali Ahmed v. Obama, ___ F. Supp. 2d ___, 2009 WL 1307954 (May 11, 2009 D.D.C.), and other hearings on request for habeas corpus in Guantanamo Bay cases.

The Court has no intention of deviating from the practice it has already adopted, and therefore the Petitioners' Joint Motion is granted.

June 19, 2009

/s/ Gladys Kessler
Gladys Kessler
United States District Judge

Copies to: Attorneys of Record via ECF